

Trial Court No. _____

In

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
the __03/08/18 2:29:5Court PM

_____
Appellant
v.                        Of
State of Texas

SHERRY WILLIAMSON
_____Clerk County

**ELEVENTH COURT OF APPEALS**
**CRIMINAL INFORMATION FORM**

1)  Presiding Judge: _____

2)  Court Reporter: _____

3)  Counsel for Appellant: _____

    Address: _____

    _____

4)  Counsel for State: _____

5)  Address: _____

    _____

6)  Appellant's counsel is _____ Retained, _____ Appointed, _____ Pro Se

7)  Offense: _____

    _____

8)   Punishment: _____

9)  Date sentenced imposed in open court: _____

10) Trial Court Certification of Right of Appeal filed: _____ Yes, _____ No

11) Date Notice of Appeal was filed: _____

12) Date Motion for New Trial filed, if any: _____

13) Appellant declared unable to pay costs on appeal: _____ Yes, _____ No

14) Companion Cases: _____

Signed: _____
Clerk/Deputy Clerk"